UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL JACKSON,

    Plaintiff,

vs.                                    CASE NO.: 8:20-cv-2552-T-24AAS

HCSG EAST, LLC, a Foreign Limited
Liability Company,

    Defendant.    /

## NOTICE OF SETTLEMENT

Plaintiff, PAUL JACKSON ("Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the parties have agreed to fully settle this matter and are in the process of exchanging settlement documents and will submit a Motion for Approval of Settlement to the Court after all settlement documents have been executed.

Respectfully submitted this 21st day of December, 2020.

/s/ Matthew R. Gunter
MATTHEW R. GUNTER, ESQ.
Florida Bar No.: 0077459
20 North Orange Avenue, Suite 1400
Orlando, Florida 32801
Telephone: (407) 236-0946
Facsimile: (407) 245-3401
E-mail: mgunter@forthepeople.com
       ceffron@forthepeople.com
       aperez@forthepeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to counsel of record.

s/ MATTHEW R. GUNTER
Matthew R. Gunter, Esq.
